1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

9
10
11
12
13
14
15

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>CHERYLL DEL ROSARIO,<br><br>      Defendant. | Criminal No. CR 05-00278 PJH<br><br>**[PROPOSED] ORDER TO EXTEND SELF SURRENDER DATE OF FEBRUARY 15, 2006** |

16   GOOD CAUSE APPEARING, it is hereby ordered that the self surrender date of Ms.

17 Cheryll Del Rosario be extended until February 22, 2006.

18
19
20   **IT IS SO ORDERED**
21   Dated: 2/14/06  _____

_____
HON. PHYLLIS J. HAMILTON
U.S. District Judge

*[Signed and stamped: IT IS SO ORDERED, Judge Phyllis J. Hamilton, United States District Court, Northern District of California]*

22
23
24
25
26
27
28